COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TVO COBBLESTONE, LLC, WINDY CITIES COBBLESTONE, LLC, KLV TRUST, AND WAYNE VANDENBURG, | § § § | No. 08-18-00175-CV |
| Appellants, | § | Appeal from |
| v. | § | 243rd Judicial District Court |
| ASI CAPITAL, LLC, | § | of El Paso County, Texas |
| Appellee. | § § | (TC# 2018DCV0375) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgments. We therefore reverse the trial court's order granting ASI's default judgment and denying Windy Cities, KLV, and Wayne Vandenburg's motion for new trial, and the granting of ASI's motion for summary judgment against TVO below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF OCTOBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.